UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>ANDRE HICKS,                             )<br>)<br>        Defendant.               )<br>) | Criminal No. 17-0024 (PLF)<br>Civil Action No. 18-0119 (PLF) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [Dkt. Nos. 32 and 33], as amended by his supplemental motion [Dkt. No. 48] is DENIED.

SO ORDERED.

                                                                       /s/
                                                         PAUL L. FRIEDMAN
                                                         United States District Judge

DATE:  August 5, 2020